# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEGAN DEMORY, | Case No. 3:14-01141-JMM |
|     PLAINTIFF | (Judge James M. Munley) |
| v. | **DEFENDANT'S MOTION TO COMPEL ARBITRATION** |
| BARCLAYS BANK DELAWARE, | |
|     DEFENDANT | |

## DEFENDANT'S MOTION TO COMPEL ARBITRATION

Defendant Barclays Bank Delaware ("Barclays") moves the Court pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1 *et seq*. for an order compelling the claims asserted in Plaintiff Megan DeMory's Complaint to arbitration and staying this action.

The points and authorities in support of this Motion are set forth in the Memorandum of Law in Support being filed contemporaneously herewith.

Pursuant to Local Rule 7.1, Defendant's counsel certifies that he informed Plaintiff of Defendant's intent to file this Motion on or about July 17, 2014, and that he sought Plaintiff's concurrence in this Motion on July 30, 2014. Due to scheduling conflicts, Plaintiff was unable to determine whether she would concur

with the motion prior to it being filed.  In the event that Plaintiff does concur with the Motion, the parties will file an amended certificate regarding concurrence.

A proposed order is attached.

Respectfully Submitted,

By: /s/ *Benjamin J. Sitter*
**REED SMITH LLP**
K. Issac deVyver (Bar No. 202655)
Phone: (412) 288-7260
Email: kdevyver@reedsmith.com
Benjamin J. Sitter (Bar No. 317382)
Phone: (412) 288-3023
bsitter@reedsmith.com
225 Fifth Ave
Pittsburgh, PA 15222
*Counsel for Barclays Bank of Delaware*

DATED:  July 30, 2014

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2014, I served a true and correct copy of the foregoing Motion to Compel Arbitration via ECF upon the following counsel of record:

Brett Freeman
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA  18512
Attorney for Plaintiff
bfecf@bankruptcypa.com

    /s/ Benjamin J. Sitter
    Benjamin J. Sitter