IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MEGAN DEMORY,<br>  Plaintiff | : | No. 3:14cv1141 |
| v. | : | (Judge Munley) |
| BARCLAYS BANK DELAWARE,<br>  Defendant | : | |

## ORDER

AND NOW, to wit, this 27th day of August 2014, the defendant's motion to compel arbitration (Doc. 11) in which plaintiff concurs (see Doc. 14) is hereby **GRANTED**.  This case is **STAYED** pending the completion of the arbitration proceedings.

The parties are directed to notify the court as to whether the stay should be lifted within seven (7) days of the completion of the arbitration

BY THE COURT:

_____
JUDGE JAMES M. MUNLEY
United States District Court