# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Megan DeMory,<br>    Plaintiff<br><br>v.<br><br>Barclays Bank Delaware,<br>    Defendant | Docket 3:14-cv-1141-JMM<br><br>(JUDGE JAMES M. MUNLEY)<br><br><br><br>FILED ELECTRONICALLY |

## STIPULATION OF DISMISSAL

Please dismiss this action without costs and with prejudice.

| | |
|---|---|
| s/ Brett Freeman_____ | s/ Benjamin Sitter (with consent) |
| Brett Freeman | Benjamin Sitter |
| Bar Number PA308834 | Bar Number 317382 |
| Attorney for Plaintiff | Attorney for Defendant |
| Sabatini Law Firm, LLC | Reed Smith, LLP |
| 216 N. Blakely St. | 225 Fifth Avenue |
| Dunmore, PA 18512 | Pittsburgh, PA 15222 |
| Phone (570) 341-9000 | Phone (215) 851-8100 |
| Facsimile (570) 504-2769 | Facsimile (215) 851-1420 |
| Email: bfecf@bankruptcypa.com | Email bsitter@reedsmith.com |